# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1605
LT Case No. 2019-CF-002473-A

_____

TERRY DONELL NICKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melissa Souto, Judge.

Terry Donell Nickson, Jasper, pro se.

No appearance for Appellee.


August 29, 2023


PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____